AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Rashad Maleek Trice<br><br>*Defendant(s)* | Case No.  1:23-mj-312 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 2, 2023  in the county of  Ingham  in the  Western  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a)(1) and 2 | Kidnapping Resulting in Death |
| 18 U.S.C. § 1201(a)(1) and (g)(1) | Kidnapping a Minor Victim |

This criminal complaint is based on these facts:

See attached continuation

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

Special Agent Christopher J. Rodolico, FBI
*Printed name and title*

Date:

*Judge's signature*

City and state:  Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
*Printed name and title*