UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RASHAD MALEEK TRICE,

    Defendant.
_____/

Case No. 1:23-mj-312

MOTION TO SEAL

Now comes the United States of America by Mark A. Totten, United States Attorney for the Western District of Michigan, and Daniel Y. Mekaru, Assistant United States Attorney, and moves this court to seal the Complaint in the above entitled case in order that securing the appearance of the defendant be unimpeded, to afford the government time to properly advise the next of kin, and because the case involves a minor victim; and that such sealing remain in force and operation until the defendant is advised of these proceedings or further order of this court.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Dated: 7/7/2023

_____
DANIEL Y. MEKARU
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: 7/7/2023

_____
RAY KENT
United States Magistrate Judge
United States District Court