UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

----------

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RASHAD MALEEK TRICE,<br><br>Defendant. | CASE NO. 1:23-mj-312<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: HONORABLE RAY KENT
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MICHIGAN

Now comes Daniel Y. Mekaru, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about July 6, 2023, a Complaint was returned against defendant charging him with Kidnapping a Minor Victim and Kidnapping Resulting in Death.

2. That the defendant is presently incarcerated at the Ingham County Jail, and that he cannot be produced and appear before this Court for a hearing on July 7, 2023, without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Ingham County Jail, and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District

of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on July 7, 2023, at 2:00 p.m. and after the conclusion of this case that said defendant be returned to the Sheriff, Ingham County Jail.

MARK A. TOTTEN
United States Attorney

*/s/ Daniel Y. Mekaru*

_____
DANIEL Y. MEKARU
Assistant United States Attorney

**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable July 7, 2023, for an Initial Appearance before the Court in Grand Rapids, Michigan.

Dated: 7/7/2023                 _____
                                HON. RAY KENT
                                United States Magistrate Judge