UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                         No.: 1:23-mj-312

    vs.

RASHAD MALEEK TRICE

                                                        **PENALTY SHEET**

    Defendant.
_____/

Count 1 –- Kidnapping Resulting in Death – 18 U.S.C. § 1201(a)(1) and 2

**Maximum penalty:** death or life in prison and a fine of up to $250,000.
(18 U.S.C. § 1201(a); 18 U.S.C. § 3571(b)(3))

**Mandatory minimum penalty**: life in prison.
(18 U.S.C. § 1201(a))

**Supervised Release:** not less than 5 years and up to life.
(18 U.S.C. §3583(b))

**Special Assessment**: $100.
(18 U.S.C. § 3013)

**Restitution:** (18 U.S.C. §§ 3663 and 3663A)


Count 2 - Kidnapping of a Minor Victim – 18 U.S.C. § 1201(a)(1) and (g)(1)

**Maximum penalty:** up to life in prison and a fine of up to $250,000.
(18 U.S.C. § 1201(a); 18 U.S.C. § 3571(b)(3))

**Mandatory minimum penalty**: at least 20 years in prison.
(18 U.S.C. § 1201(g)(1))

**Supervised Release:** not less than 5 years and up to life.

(18 U.S.C. §3583(k))

**Special Assessment**: $100.

(18 U.S.C. § 3013)

**Restitution:** (18 U.S.C. §§ 3663 and 3663A)


Date:  July 7, 2023                               /s/Daniel Y. Mekaru
                                                  Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046